JS-6

TAXIARCHIS HATZIDIMTRIADIS
thatz@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE WOLF, | Case No. 8:19-cv-00201-DOC-JDE |
| Plaintiff, | **ORDER ON JOINT STIPULATION TO STAY PROCEEDINGS PENDING ARBITRATION [11]** |
| v. | |
| AMERICAN CREDIT ACCEPTANCE, LLC, | |
| Defendant. | |

## ORDER ON JOINT STIPULATION TO STAY PROCEEDINGS PENDING ARBITRATION

THIS CAUSE came before the Court for consideration of the Joint Stipulation to Stay Proceedings Pending Arbitration (the "Joint Stipulation") filed by the parties.   Based on the Joint Stipulation and the agreement of the parties, it is hereby ORDERED:

1.    The Joint Stipulation is GRANTED.

2.    This action and all deadlines shall be stayed pending the parties' completion of arbitration.

3.    Plaintiff shall submit his claims to binding arbitration, as required by the parties' arbitration agreement.

4.      The parties may issue any necessary subpoenas from this Court to non-parties pursuant to Rule 45 during the pendency of the arbitration proceeding.

5.      Should the parties resolve this dispute, the parties shall file a joint notice of dismissal promptly thereafter.

DONE AND ORDERED on February 21, 2019

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE