TAXIARCHIS HATZIDIMITRAIDIS
thatz@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE WOLF, | Case No. 8:19-cv-00201-DOC-JDE |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| AMERICAN CREDIT ACCEPTANCE, LLC, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, Blake Wolf, ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, American Credit Acceptance, LLC, with prejudice. Each party shall bear its own costs and attorney fees.

Respectfully submitted this 17th day of October 2019.

s/ Taxiarchis Hatzidimitriadis
Taxiarchis Hatzidimitriadis
*Admitted Pro Hac Vice*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
thatz@sulaimanlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Taxiarchis Hatzidimitriadis
Taxiarchis Hatzidimitriadis
